1   Douglas B. Provencher (Cal. St. Bar No. 77823)
    Provencher & Flatt LLP
2   823 Sonoma Avenue
    Santa Rosa, CA 95404
3   (707) 284-2380
    (707) 284-2387 Facsimile
4   DBP@ provlaw.com

5

6   Attorneys for plaintiff, Briarcroft, LTD, doing business as Ireko

7

8

9                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12   BRIARCROFT, LTD, a California              Case No.  C-09-03445 SI
     corporation doing business as IREKO
13                                              **STIPULATION  REGARDING  CASE**
                    Plaintiff,                  **MANAGEMENT CONFERENCE;**
14                                              **ORDER THEREON**
           v.
15

16   ROBERT WISNER O'NEEL III, aka
     ROBERT W. O'NEEL, aka ROB O'NEEL,
17   TATIANA ABRACOS, aka TATIANA
     O'NEEL.
18
                    Defendants,
19   _____/

20

21         This action was commenced on July 27, 2009. Defendants were served by certified mail

22   on August 5, 2009.

23         The parties have been engaged in settlement discussions for several weeks. Those

24   discussions are ongoing but the defendants believe they are not subject to this Court's

25   jurisdiction.

26         The defendants filed a motion to dismiss based on lack of jurisdiction. That motion is set

27   for hearing on December 18, 2009. That motion may completely dispose of this matter.

28         The parties agree and request that the Case Management Conference currently set for

_____
Stipulation, Order                         1                      *Briarcroft, Ltd. v. O'Neel*

November 6, 2009 at 2:30 pm be continued to a date after this Court rules on the motion to

dismiss. The parties suggest a date in late January 2010.

Dated: 11/2/09                          Provencher & Flatt LLP


                                        By:    /s/ Douglas B. Provencher
                                               Douglas B. Provencher (77823)
                                               Attorneys for Plaintiff

Dated: 11/2/09                          Smith Dollar PC


                                        By:    /s/ Sean M. Beehler
                                               Sean M. Beehler (232551)
                                               Attorneys for Defendants




                                  **ORDER**

      Based on this request and good cause appearing;

IT IS ORDERED that the Case Management Conference currently set for November 6, 2009 at

2:30 pm be continued to _January 22_____, 2010 at _2:30 p_____ __m.


Dated:

                                   _____
                                        SUSAN ILLSTON
                                   United States District Court Judge