IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIARCROFT, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT W. O'NEEL III, aka ROBERT W. O'NEEL, aka ROB O'NEEL, TATIANA ABRACOS, aka TATIANA O'NEEL<br><br>    Defendants.<br>_____/ | No. C 09-03445 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS FOR LACK OF DIVERSITY JURISDICTION** |

On February 5, 2010, the Court heard oral argument on defendants' motion to dismiss for lack of diversity jurisdiction. Having considered the arguments of counsel and papers submitted, the Court DENIES defendants' motion without prejudice to renewal in 60 days on a fuller factual record. The parties shall proceed with discovery, including jurisdictional discovery.

**IT IS SO ORDERED.**

Dated: February 6, 2010

SUSAN ILLSTON
United States District Judge