UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRIARCROFT, LTD.,<br>    Plaintiff,<br><br>v.<br><br>ROBERT O'NEEL, et al.,<br>    Defendants.<br>_____/ | No. C 09-3445 SI MED<br><br>**ORDER GRANTING REQUEST TO EXCUSE DEFENDANT TATIANA O'NEEL FROM PERSONALLY APPEARING AT THE MEDIATION SESSION**<br><br>Session Date:    May 26, 2010<br>Mediator:    Christopher Johns |

The request to excuse defendant Tatiana O'Neel from personally attending the mediation session on May 26, 2010 before Christopher Johns is GRANTED. Ms. O'Neel shall be available by telephone at all times to participate in the session in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

May 13, 2010                    By: _____
Dated                                                                       Elizabeth D. Laporte
                                                                            United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California